U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

JUN 30 2026

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: CR 126-040 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252A(a)(7) |
| | ) | **Production with Intent to** |
| | ) | **Distribute Adapted or Morphed** |
| | ) | **Child Pornography** |
| RYAN THOMAS MANLEY | ) | |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | **Possession of Child Pornography** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE
*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about January 15, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

## RYAN THOMAS MANLEY,

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:    visual depictions of Minor Victim 1, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

## COUNT TWO
*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about February 22, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

### RYAN THOMAS MANLEY,

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:   visual depictions of Minor Victim 2, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

2

<u>**COUNT THREE**</u>
*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about January 15, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

**RYAN THOMAS MANLEY,**

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:    visual depictions of Minor Victim 3, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

3

## <u>COUNT FOUR</u>
*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about January 15, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

## RYAN THOMAS MANLEY,

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:    visual depictions of Minor Victim 4, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

## COUNT FIVE

*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about January 15, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

## RYAN THOMAS MANLEY,

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:   visual depictions of Minor Victim 5, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

## COUNT SIX
*Production with Intent to Distribute Adapted or Morphed Child Pornography*
18 U.S.C. § 2252A(a)(7)

On or about February 7, 2025, in Richmond and Columbia Counties, within the Southern District of Georgia, the Defendant,

### RYAN THOMAS MANLEY,

did knowingly attempt to produce with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C), that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9), to wit:    visual depictions of Minor Victim 6, a minor female, engaging in sexually explicit conduct, and attempted to do so.

All in violation of Title 18, United States Code, Section 2252A(a)(7) and (b)3).

6

## COUNT SEVEN
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about July 3, 2025, in Columbia County, within the Southern District of Georgia, the Defendant,

## RYAN THOMAS MANLEY,

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old, engaged in sexually explicit conduct, said images were shipped and transported using a facility of interstate and foreign commerce, by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

7

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Seven of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of any count of this Information charging violations of Title 18, United States Code, Sections 2252 and 2252A, the Defendant, **RYAN THOMAS MANLEY**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel