GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

USA

V.

Ryan Thomas Manley

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:26-CR-00040

| PRESIDING JUDGE<br>J. Randal Hall | | PLAINTIFF'S ATTORNEY<br>Tara M. Lyons | DEFENDANT'S ATTORNEY<br>Robert T. Homlar |
|---|---|---|---|
| DATE(S)<br>August 4, 2026 | | COURT REPORTER<br>Lisa Davenport | COURTROOM DEPUTY<br>Lisa Widener |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/4/2026 | X | | Investigator Hensley's Forensic Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages