# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
TARA M. LYONS
August 25, 2026, through and
including September 1, 2026;
October 30, 2026, through and
including November 6, 2026;
November 25, 2026, through and
including November 30, 2026

) CASE NO.:
)
)     CR 126-040, R. Manley
)
)
)
)
)
)
)
)
)
)

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Tara M. Lyons for the dates of August 25, 2026, through and including September 1, 2026, for personal travel; October 30, 2026, through and including November 6, 2026, for personal travel; and November 25, 2026, through and including November 30, 2026, for personal travel; same is hereby GRANTED.

This _____ day of _____, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA